**LAW OFFICES OF MICHAEL A. HAGEMEYER**
Michael A. Hagemeyer
Nevada Bar No. 5344
6094 S. Sandhill Road
Suite 100
Las Vegas, NV 89120
Telephone: (702) 891-0022
Facsimile:  (702) 891-0033
mhagemeyer@aol.com

**OF COUNSEL:**
**MEUERS LAW FIRM, P.L.**
Katy Koestner Esquivel
5395 Park Central Court
Naples, FL 34109-5932
Telephone:  (239)513-9191
Facsimile: (239)513-9677
kesquivel@meuerslawfirm.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| MONTEREY MUSHROOMS, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>OASIS CORP. dba ONE OF A KIND PRODUCE,  MICHELLE R. IOVINO, and OASIS TRUCKING,<br><br>        Defendants. | Case No.:  2:10-cv-00970<br><br>**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Plaintiff, Monterey Mushrooms, Inc. , (a private, non-governmental party) by and through its undersigned counsel and pursuant to Rule 7.1, Federal Rules of Civil Procedure, certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted on Monday, June 21, 2010.

| | |
|---|---|
| **OF COUNSEL**<br>**MEUERS LAW FIRM, P.L.**<br>Katy Koestner Esquivel<br>Florida Bar No. 0159484<br>5395 Park Central Court<br>Naples, FL 34109-5932<br>Telephone: (239)513-9191<br>Facsimile: (239)513-9677<br>kesquivel@meuerlawfirm.com | **LAW OFFICES OF MICHAEL A.**<br>**HAGEMEYER**<br><br>_____/s/Michael A. Hagemeyer_____<br>Michael A. Hagemeyer<br>Nevada Bar No. 5344<br>6094 S. Sandhill Road<br>Suite 100<br>Las Vegas, NV 89120<br>Telephone: (702) 891-0022<br>Facsimile:  (702) 891-0033<br>mhagemeyer@aol.com<br><br>*Attorneys for Plaintiff* |