# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OASIS CORP., dba ONE OF A KIND PRODUCE, ) <br> MICHELLE R. IOVINO, and OASIS ) <br> TRUCKING, LLC, ) <br> ) <br> Defendants. ) | Case No.  2:10-cv-00970-RLH-GWF <br><br> **ORDER** |

This matter was before the Court on March 1, 2011 for a status hearing on the Proposed Discovery Plan and Scheduling Order (#60).  Notice of the status hearing was mailed to Defendant Michelle Iovino who failed to appear for the hearing.  The Court hereby cautions Ms. Iovino that she is required to comply with court orders and attend all hearings scheduled by the court, unless she is excused.  Accordingly,

**IT IS ORDERED** that Defendant Michelle Iovino is required to comply with the Discovery Plan and Scheduling Order and participate in discovery as required by the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Defendant Michelle Iovino shall preserve any and all relevant records in her possession, custody and control.

**IT IS FURTHER ORDERED** that failure to comply with the foregoing requirements may subject Defendant Michelle Iovino to the imposition of sanctions, which may include an award of attorney's fees and costs to the opposing parties and/or a recommendation to the District Judge

. . .

striking Defendant's Answer and a default judgment entered against her for wilful failure to comply with court orders.

DATED this 1st day of March, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge