# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONTEREY MUSHROOMS, INC., ) <br>       Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OASIS CORP., dba ONE OF A KIND PRODUCE, ) <br> MICHELLE R. IOVINO, and OASIS ) <br> TRUCKING, LLC, ) <br> ) <br>       Defendants. ) | Case No.  2:10-cv-00970-RLH-GWF <br><br> **ORDER** <br><br> Motion to Extend Discovery Deadlines <br> Pursuant to Local Rules 26-4 (#75) |

      This matter comes before the Court on Intervenor Plaintiff's Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (#75), filed on October 19, 2011.  Intervenor Plaintiff's request the Court re-set the discovery deadlines in this case because no discovery has been conducted in light of the automatic bankruptcy stay that became effective upon the filing of the Notice of Bankruptcy (#70) on May 24, 2011.  On October 20, 2011, the Court entered a Minute Order (#76) instructing the parties to file any objections to the motion to extend no later than October 26, 2011 and that failure to object could result in the granting of the motion.  To date, no party has filed an objection to Plaintiff Intervenor's motion.  The Court will therefore re-set the discovery deadlines in this case.  Accordingly,

      **IT IS HEREBY ORDERED** that Intervenor Plaintiff's Motion to Extend Discovery Deadlines Pursuant to Local Rule 26-4 (#75) is **granted**.  The discovery deadlines shall be as follows:

      1.    Last date to complete discovery: **Tuesday, April 24, 2012**

      2.    Last date to amend pleadings and add parties: **Wednesday, January 25, 2012**

      3.    Last date to file interim status report: **Friday, February 24, 2012**

4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2):  **Friday, February 24, 2012**

5. Last date to disclose rebuttal experts:  **Monday, March 26, 2012**

6. Last date to file dispositive motions:  **Thursday, May 24, 2012**

7. Last date to file joint pretrial order:  **Monday, June 25, 2012**.  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

**IT IS FURTHER ORDERED** that any motions or stipulations to extend discovery shall be received by the Court within **21 days** before the discovery cut-off date or no later than **Tuesday, April 3, 2012**.

DATED this 27th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge